1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

**FILED**

AUG 21 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN WATTS aka JOHN L. WATTS
aka JONATHAN K. WATTS,

    Defendant.

NO. CV 08 2078 SLM

**MOTION TO ENTER DEFAULT
FOR FAILING TO PLEAD**

To:  Richard W. Wieking, Clerk
     United States District Court
     Northern District of California

PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: August 19, 2008    By: _____
                                        MICHAEL COSENTINO
                                        Attorney for Plaintiff