MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff
United States of America

**FILED**
AUG 2 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN WATTS aka JOHN L. WATTS<br>aka JONATHAN K. WATTS,<br><br>　　　　　Defendant.<br>_____/ | NO. CV 08 2078 SLM<br><br>**DECLARATION IN SUPPORT OF MOTION TO ENTER DEFAULT AND IN SUPPORT OF MOTION TO ENTER DEFAULT JUDGMENT** |

　　　　I, MICHAEL COSENTINO, declare:

　　　　1. I am the attorney for the plaintiff in the above-entitled action.

　　　　2. This declaration is made on behalf of plaintiff.

　　　　3. From the files and records and other information in this case, declarant is informed and believes that the defendant's place of residence is at 268 VERBENA DRIVE, PALO ALTO, CA 94303.

　　　　4. Defendant is not an infant or incompetent person and not in the military service of the United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act.

　　　　5. The time for defendant to plead or otherwise defend has expired.

　　　　6. Subsequent to the date of the Certificate of Indebtedness, a copy of which is attached hereto and made a part hereof as Exhibit A, $0.00 in payments have been made

1 | to the account; there is now due and owing to the plaintiff from the defendant the sum of
2 | $5,223.52 principal, plus $6,526.10 additional interest, $0.00 administrative costs, $55.00
3 | court costs, and $1,740.99 as attorney fees.
4 |     WHEREFORE, declarant requests that judgment be entered on behalf of the plaintiff
5 | and against the defendant in the sum of $13,545.61 plus post judgment interest at the legal
6 | rate per annum, pursuant to the provisions of 28 USC Sec. 1961(a), which will be
7 | compounded annually pursuant to the provisions of 28 USC Sec. 1961(b).
8 |     I certify under penalty of perjury that the foregoing is true and accurate to the best of
9 | my knowledge, information and belief.

Dated: August 19, 2008

_____
MICHAEL COSENTINO
Attorney for the Plaintiff

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 2

Jonathan Watts
Aka: Jonathan K. Watts,
John L. Watts
268 Verbena Dr.
Palo Alto, CA 94303
Account No:       '8478

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 06/11/07.

On or about 09/08/89, the borrower executed promissory note(s) to secure loan(s) of $3,300.00, from 1st Nationwide (Los Angeles, CA) at a variable rate of interest to be established annually by the Department of Education. This loan obligation was guaranteed by California Student Aid Commission and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $1,104.34 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 11/28/90, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,417.29 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 03/21/03, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has credited a total of $878.44 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $2,417.29 |
| Interest: | $3,115.54 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 06/11/07: | $5,532.83 |

Interest accrues on the principal shown here at the current rate of 8.49% and a daily rate of $.56 through June 30, 2007, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 07/16/07

Delfin M. Reyes
Loan Analyst

Delfin M. Reyes
Loan Analyst
Litigation Support



EXHIBIT A
1 of 2

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #2 of 2

> Jonathan Watts
> Aka: Jonathan K. Watts,
> John L. Watts
> 268 Verbena Dr.
> Palo Alto, CA 94303
> Account No:      '8478

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 06/11/07.

On or about 09/08/89, the borrower executed promissory note(s) to secure loan(s) of $3,300.00, from 1st Nationwide (Los Angeles, CA) at 8% interest, rising to 10% after the fourth year of repayment. Pursuant to 20 U.S.C. § 1077a(i)(7), the holder converted the interest rate to a variable, not to exceed, currently, 10%. This loan obligation was guaranteed by California Student Aid Commission and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 05/29/91, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,806.23 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 03/21/03, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $904.46 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $2,806.23 |
| Interest: | $2,896.16 |
| Total debt as of 06/11/07: | $5,702.39 |

Interest accrues on the principal shown here at the rate of 8.09 percent and a daily rate of $.62 through June 30, 2007, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: **07/16/07**     Name: *Delfin M. Reyes*
                                    Loan Analyst
Delfin M. Reyes              Litigation
Loan Analyst

EXHIBIT A
2 of 2