**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 27, 2008

RE:  CV 08-02078 SLM          USA-v- JONATHAN WATTS

Default is entered as to Jonathan Watts, aka, John L. Watts, aka, Jonathan K. Watts on August 27, 2008.

                            RICHARD W. WIEKING, Clerk

                            by Simone Voltz
                            Case Systems Administrator

NDC TR-4  Rev. 3/89