E-filing

MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JONATHAN WATTS aka JOHN L. WATTS
aka JONATHAN K. WATTS,

   Defendant.
_____/

NO. CV 08 2078 SLM

**JUDGMENT ON DEFAULT**

In the above entitled action, the defendant JONATHAN WATTS aka JOHN L. WATTS aka JONATHAN K. WATTS having been duly served with the Summons and a copy of the Complaint in the action, and the defendant having failed to appear, answer, plead, or otherwise defend in the action within the time allowed by law, or at all, and default having been duly entered; and it further appearing that plaintiff's claim against the defendant is for a sum certain and for interest which can by computation be made certain and for costs; and, it further appearing that a declaration on behalf of the plaintiff required by Rule 55 has been filed, setting forth the amounts due plaintiff from said defendant in accordance with the prayer of the Complaint, and also setting forth that defendant is not an infant or incompetent person or in the military service of the United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act, and praying that Judgment be entered herein.

NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

1   IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of
2  and from the defendant, JONATHAN WATTS aka JOHN L. WATTS aka JONATHAN K.
3  WATTS, the sum of $13,545.61 as principal, interest, attorney fees, and costs; interest
4  from the date of this judgment at the current legal rate per annum, pursuant to the
5  provisions of 28 USC Sec. 1961(a) which will be compounded annually pursuant to the
6  provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith entered accordingly.

7
8  JUDGMENT ENTERED: AUG 2 7 2008
9
10                                          RICHARD W. WIEKING, Clerk
                                             United States District Court
11
                                             LASHANDA SCOTT
12                                           _____
                                                   Deputy Clerk
13

JUDGMENT ON DEFAULT                                                              2